## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SOPHOS LIMITED AND SOPHOS INC.,

        Plaintiffs / Counterclaim Defendants,

    v.

FORTINET, INC.,

        Defendant / Counterclaim Plaintiff.

C.A. No. 14-cv-00100-GMS

**JURY TRIAL DEMANDED**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 29, 2014, pursuant to paragraph 4(b) of the Delaware Default Standard For Discovery, Plaintiffs Sophos Limited and Sophos Inc. served their core technical document production Bates stamped 100SOPHOS_00000586 through 100SOPHOS_00014294 on the following counsel of record in the manner indicated.

**VIA DLA PIPER FTP SITE**

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

**VIA DLA PIPER FTP SITE**

Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jying@mnat.com

Dated: August 29, 2014

*Of Counsel*:
John Allcock
Sean C. Cunningham
Kathryn Riley Grasso
David R. Knudson
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2900
Facsimile: (619) 764-7620
john.allcock@dlapiper.com
sean.cunningham@dlapiper.com
kathryn.riley@dlapiper.com
david.knudson@dlapiper.com

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Denise S. Kraft (I.D. No. 2778)
Brian A. Biggs (I.D. No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302-468-5700
Facsimile: 302-394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Plaintiffs*
*Sophos Limited and Sophos Inc.*

Todd S. Patterson
**DLA PIPER LLP (US)**
401 Congress Avenue
Suite 2500
Austin, Texas 78701-3799
Telephone:  (512) 457-7000
Facsimile:   (512) 457-7001
todd.patterson@dlapiper.com

Ryan W. Cobb
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Telephone:  (650) 833-2000
Facsimile:   (650) 687-1167
ryan.cobb@dlapiper.com