IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOPHOS LIMITED and SOPHOS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 14-100 (GMS) |
| ) | |
| FORTINET, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Fortinet, Inc.'s Section 4(b) Production of Documents bearing Bates numbers FORTI-DEL0001310-FORTI-DEL0106456* were caused to be served on August 29, 2014 upon the following in the manner indicated:

Denise S. Kraft, Esquire                                                                 VIA ELECTRONIC MAIL
Brian Biggs, Esquire
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
*Attorneys for Plaintiffs*

Sean C. Cunningham, Esquire                                                    VIA ELECTRONIC MAIL
Kathryn Riley Grasso, Esquire
Ryan W. Cobb, Esquire
David R. Kundson, Esquire
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
*Attorneys for Plaintiffs*

Todd S. Patterson, Esquire                                                          VIA ELECTRONIC MAIL
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
*Attorneys for Plaintiffs*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jennifer Ying* |
| | Jack B. Blumenfeld (#1014) |
| | Jennifer Ying (#5550) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| | (302) 658-9200 |
| OF COUNSEL: | jblumenfeld@mnat.com |
| | jying@mnat.com |
| John M. Neukom | |
| Andrew M. Holmes | *Attorneys for Defendant* |
| Alicia M. Veglia | |
| Kristen Lovin | |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | |
| 50 California Street | |
| 22nd Floor | |
| San Francisco, CA 94111 | |
| (415) 875-6600 | |

September 2, 2014
7993137.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 2, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Denise S. Kraft, Esquire<br>Brian Biggs, Esquire<br>DLA P<small>IPER</small> LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE  19801-1147<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Sean C. Cunningham, Esquire<br>Kathryn Riley Grasso, Esquire<br>Ryan W. Cobb, Esquire<br>David R. Kundson, Esquire<br>DLA P<small>IPER</small> LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Todd S. Patterson, Esquire<br>DLA P<small>IPER</small> LLP (US)<br>401 Congress Avenue, Suite 2500<br>Austin, TX  78701-3799<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
Jennifer Ying (#5550)